**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**HENRY B. BERROCAL; CYCLE OF MANAGEMENT, LLC; ELEGANT AND HAPPY, LLC; and HUMANITY FOR WISDOM,**

***Plaintiffs*,**

**v.** **Case No. 5:25-CV-1192-JKP-HJB**

**BEXAR COUNTY, TEXAS, et al.,**

***Defendants.***

**ORDER ACCEPTING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is a Report and Recommendation of United States Magistrate Judge (ECF No. 19) ("R&R"), filed on August 12, 2026. The Magistrate Judge therein recommends that the Court deny the Motion to Proceed In Forma Pauperis ("IFP") on Appeal (ECF No. 12) filed in this action. The Magistrate Judge has explained that the instant motion should be denied for the same reasons that the Court denied an earlier IFP motion filed in this case. The Magistrate Judge further explained that the Court should deny permission to proceed IFP on appeal because the appeal is not taken in good faith. The Magistrate Judge also provided instructions for service and notified all parties of their right to object. The notice informed the parties that any objection must be specific, written, and filed within fourteen days. It further warned that a failure to object "shall bar the party from a *de novo* determination by the district court."

No one has filed any objection to the Report and Recommendation, and the time for doing so has expired. Accordingly, the Court reviews the Report and Recommendation only to determine whether any finding or recommendation is clearly erroneous or contrary to law. *See Johnson v. Sw. Research Inst.*, 210 F. Supp. 3d 863, 864 (W.D. Tex. 2016) (citing *U.S. v. Wilson*, 864 F.2d

1219, 1221 (5th Cir. 1989)).[1]

Consistent with 28 U.S.C. § 636(b)(1), the Court has reviewed the Report and Recommendation for clear error on the face of the record. Finding no such error, the Court **ACCEPTS** the Report and Recommendation (ECF No. 19). As recommended, the Court **DENIES** the Motion to Proceed In Forma Pauperis on Appeal (ECF No. 12) and **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), that the appeal is not taken in good faith. In support of this certification, the Court adopts and incorporates by reference the reasoning stated in the R&R and accepted herein. *See Baugh v. Taylor*, 117 F.3d 197, 202 n.21 (5th Cir. 1997). For these reasons, the Court finds that the appeal presents no legal points of arguable merit and is therefore frivolous. *Howard v. King*, 707 F.2d 215, 220 (5th Cir. 1983).

Although the Court has certified that this appeal is not taken in good faith under 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), Plaintiffs may challenge this finding by filing a separate motion to proceed in forma pauperis on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within thirty days of the date of this order.

**It is so ORDERED this 18th day of September 2026.**

Jason Pulliam

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**

[1] While Rule 72(b) does not facially require any review in the absence of a specific objection, the advisory committee notes following its adoption in 1983 state: "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Further, failure to object shall also bar appellate review of those portions of the Magistrate Judge's Report and Recommendation that were ultimately accepted by the district court, unless the party demonstrates plain error. *Thomas v. Arn*, 474 U.S. 140, 150-53 (1985); *Wilson*, 864 F.2d at 1221.